FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 APR 16 AM 11:19

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JASON A. SPAFFORD,**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1. On or about December 4, 2023, in the Southern District of Ohio, the defendant, **JASON A. SPAFFORD**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Remington Arms 870 Express Magnum 12-gauge shotgun, bearing serial number D509194M, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

**COUNT TWO**
**(Possession of a Firearm After a Misdemeanor Domestic Violence Conviction)**

2. On or about December 4, 2023, in the Southern District of Ohio, the defendant, **JASON A. SPAFFORD**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: one Remington Arms 870 Express

Magnum 12-gauge shotgun, bearing serial number D509194M, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3. On or about December 12, 2023, in the Southern District of Ohio, the defendant, **JASON A. SPAFFORD**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Diamondback Arms, model DB-15 multi-caliber rifle, bearing serial number DB2766918, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FOUR
### (Possession of a Firearm After a Misdemeanor Domestic Violence Conviction)

4. On or about December 12, 2023, in the Southern District of Ohio, the defendant, **JASON A. SPAFFORD**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: one Diamondback Arms, model DB-15 multi-caliber rifle, bearing serial number DB2766918, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**
**JENNIFER RAUSCH (0075138)**
**Assistant United States Attorney**

3